In the Matter of the Accounting of RAY SEMON HATCH, as Executor of ELAM A. HATCH, Deceased, Appellant.

SECURITY TRUST COMPANY, as Substituted Trustee under the Will of LAURA A. HATCH, Deceased, et al., Respondents.

*Matter of Hatch,* 75 App. Div. 609, affirmed.
(Argued October 28, 1903; decided November 10, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered

July 8, 1902, which affirmed a decree of the Monroe County Surrogate's Court settling the accounts of Ray Semon Hatch, as executor of Elam A. Hatch, deceased.

*Clarence W. McKay* for appellant.

*Hiram R. Wood, William A. Sutherland* and *H. B. Hallock* for respondents.

Order affirmed, with costs to respondents against appellant personally; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, MARTIN, CULLEN and WERNER, JJ.